# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00232-CV

**Frank Kosar, Appellant**

**v.**

**Texas Commission on Environmental Quality, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-10-000772, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellee Texas Commission on Environmental Quality filed a motion to dismiss this appeal on the ground that the judgment appealed from is not final and appealable, nor is it an appealable interlocutory order. Appellant Frank Kosar has notified the Court that he does not oppose the motion to dismiss and has voluntarily withdrawn his appeal. We grant the motion and dismiss the appeal for lack of subject-matter jurisdiction.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   June 27, 2014